UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**JOHNNY GRIFFIN**                                                                                                          **PLAINTIFF**

vs.                                                                              **CASE NO.: 3:15-CV-822-HTW-LRA**

**KEMPER COUNTY,  MISSISSIPPI,**
a Municipal Corporation                                                                          **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson *See* [D.E. 8].  The Court, being advised that the parties in the above-styled and numbered cause waive their respective rights to file written objections, hereby adopts said Report and Recommendation.  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. The Court approves the settlement and the parties are ordered to finalize the settlement through the exchange of consideration;

2. Based upon this resolution by the parties, all claims that the Plaintiff has or may have arising out of or relating to this lawsuit, including, but not limited to, any claims under the FLSA for wages, overtime, liquidated damages, attorneys' fees, costs, expenses or other relief, award or damages are hereby resolved and **DISMISSED WITH PREJUDICE**;

3. The parties to bear only their own costs and attorneys' fees;

4. The Confidential Settlement Agreement, Waiver and General Release are hereby approved; and

5. The Clerk of the Court is **DIRECTED** to enter the Court's Final Judgment and Order of Dismissal on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this the 31st day of March, 2016.

s/ HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE

SUBMITTED AND APPROVED BY ALL PARTIES AND COUNSEL